# EXHIBIT A

**Invoice Itemization for Amounts Owed by Defendant**

**Akorn Operating Company LLC**
**Bankruptcy Case #: 23-10255-KBO**
**H E Butt Grocery**

| Customer No. | Doc. Number | Inv. Date | Due Date | Original Amount | Open Amount |
|---|---|---|---|---|---|
| 13242 | 21022929 | 11/23/2021 | 11/23/2021 | $ 351.93 | $ 351.93 |
| 13242 | 4039110 | 2/9/2022 | 2/9/2022 | $ (25.00) | $ (25.00) |
| 13242 | 22012128 | 3/28/2022 | 3/28/2022 | $ 613.64 | $ 613.64 |
| 13242 | 4082342 | 4/19/2022 | 4/19/2022 | $ (153.30) | $ (153.30) |
| 13242 | 22018188 | 5/2/2022 | 5/2/2022 | $ 792.54 | $ 792.54 |
| 13242 | 22029413 | 6/27/2022 | 6/27/2022 | $ 265.68 | $ 265.68 |
| 13242 | 22035985 | 7/29/2022 | 7/29/2022 | $ 341.75 | $ 341.75 |
| 13242 | 4157350 | 8/23/2022 | 8/23/2022 | $ (105.00) | $ (105.00) |
| 13242 | 4187308 | 10/11/2022 | 10/11/2022 | $ (293.85) | $ (1.25) |
| 13242 | 4203349 | 11/10/2022 | 11/10/2022 | $ (58.78) | $ (58.78) |
| 13242 | 4206825 | 11/16/2022 | 11/16/2022 | $ (19.50) | $ (19.50) |
| 13242 | 4212487 | 11/28/2022 | 11/28/2022 | $ (59.60) | $ (59.60) |
| 13242 | 4213319 | 11/30/2022 | 11/30/2022 | $ (182.78) | $ (182.78) |
| 13242 | 4216564 | 12/5/2022 | 12/5/2022 | $ (222.74) | $ (222.74) |
| 13242 | 4220395 | 12/12/2022 | 12/12/2022 | $ (268.00) | $ (1.25) |
| 13242 | 4232728 | 1/4/2023 | 1/4/2023 | $ (260.20) | $ (260.20) |
| 13242 | 4235206 | 1/9/2023 | 1/9/2023 | $ (32.37) | $ (32.37) |
| 13242 | 23002591 | 1/9/2023 | 1/9/2023 | $ 431.60 | $ 431.60 |
| 13242 | 23002592 | 1/9/2023 | 1/9/2023 | $ 585.78 | $ 585.78 |
| 13242 | 4249876 | 1/20/2023 | 2/19/2023 | $ 6,660.00 | $ 6,660.00 |
| 13242 | 4258167 | 1/26/2023 | 2/25/2023 | $ 6,128.16 | $ 6,128.16 |
| 13242 | 4260672 | 1/31/2023 | 1/31/2023 | $ (217.79) | $ (217.79) |
| 13242 | 4261394 | 2/1/2023 | 3/3/2023 | $ 2,937.60 | $ 2,937.60 |
| 13242 | 4263812 | 2/3/2023 | 2/3/2023 | $ (216.59) | $ (216.59) |
| 13242 | 4267671 | 2/9/2023 | 3/11/2023 | $ 4,924.80 | $ 4,924.80 |
| 13242 | 4268434 | 2/10/2023 | 3/12/2023 | $ 10,944.96 | $ 10,944.96 |
| 13242 | 4269668 | 2/13/2023 | 3/15/2023 | $ 22,738.20 | $ 22,738.20 |
| 13242 | 4270363 | 2/14/2023 | 3/16/2023 | $ 2,692.80 | $ 2,692.80 |
| 13242 | 4277972 | 2/21/2023 | 2/21/2023 | $ (105.00) | $ (105.00) |
| 13242 | 4278074 | 2/21/2023 | 2/21/2023 | $ (2,132.66) | $ (2,132.66) |
| | | | **Totals:** | **$ 56,056.28** | **$ 56,615.63** |